**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

**In the Matter of:**

**SAMUEL A. PARKER**
**CHALONDA M. PARKER**

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 09-24160**
**HONORABLE DANIEL S. OPPERMAN**

  **Debtor(s)**
_____/

## MOTION TO DISMISS

  NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and states as follows:

  (1) That the debtor(s) herein above filed a petition in Chapter 13 Bankruptcy proceedings on November 18, 2009, and the Confirmation Hearing is scheduled for March 4, 2010.

  (2) That the debtor(s) herein above have failed to fulfill required conditions of their case as follows:

    a. Interim plan payments pursuant to the debtor(s) Chapter13 plan were in the amount of $399.00 per month and amended to $1,760.00 per month on January 19, 2010.

    b. The debtor(s) have failed to make payments as required by 11 U.S.C. §1326(a)(1) and computed as follows:

| | |
|---|---:|
| 1 @ $399.00 | $ 399.00 |
| 1 @ $1,760.00 | 1,760.00 |
| Less pays received to date: | ( 549.00) |
| Total arrearage: | $1,610.00 |

  (3) That the debtor(s) acts as described hereinabove, constitutes failure to commence making timely payments as required by 11 U.S.C. §1307(c)(4).

  **WHEREFORE,** the Chapter 13 Trustee prays this Honorable court to dismiss this case, and further requests that the Trustee be allowed reasonable time to submit a final report and account regarding the Debtors named hereinabove, and further relief deemed just by this court.

Dated: March 2, 2010      /s/Thomas W. McDonald, Jr.
               Thomas W. McDonald, Jr. (P32464)
               Chapter 13 Trustee
               3144 Davenport Avenue
               Saginaw, Michigan 48602
               Telephone: (989) 792-6766
               ecf@mcdonald13.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

**In the Matter of:**

**SAMUEL A. PARKER**
**CHALONDA M. PARKER**

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 09-24160**
**HONORABLE DANIEL S. OPPERMAN**

     **Debtor(s)**
_____/
Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org                /

### ORDER DISMISSING CASE

Upon the motion of the Chapter 13 Trustee, pursuant to 11 USC §1307(c),

    IT IS HEREBY ORDERED that this case is DISMISSED.

    2. IT IS FURTHER ORDERED that:

    a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 13 Trustee and to make such further orders with the respect to fees, costs, other distribution and the discharge of the Chapter 13 Trustee as may be necessary or proper;

    b. The order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto;

    c. The debtor(s) shall comply with the requirements of F.R. Bankr.P. 1019.

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

**SAMUEL A. PARKER**
**CHALONDA M. PARKER**

CHAPTER 13 PROCEEDING
CASE NUMBER: 09-24160
HONORABLE DANIEL S. OPPERMAN

Debtor(s)
_____/

### NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court requesting to Motion to Dismiss the above debtor(s) case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the enclosed Motion to Dismiss, or if you want the court to consider your views on the Motion to Dismiss, within 14 days, you or your attorney must:

    1. File with the court a written response or an answer, explaining your position at:[1]

U.S. Bankruptcy Court
111 First Street
P.O. Box 911
Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

    2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**Dated: March 2, 2010**

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48608
Telephone: (989) 792-6766
ecf@mcdonald.org

[1]Response or answer must comply with F.R.Civ. P (8)(b), (c) and (e)

**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

In the Matter of:

              CHAPTER 13 PROCEEDING
**SAMUEL A. PARKER**      CASE NUMBER: 09-24160
**CHALONDA M. PARKER**     HONORABLE DANIEL S. OPPERMAN

   **Debtor(s)**
_____/

## CERTIFICATE OF SERVICE TRUSTEE'S MOTION TO DISMISS

   I, the undersigned, do hereby certify that on March 2, 2010, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

Email: mikemhall2000@yahoo.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Samuel & Chalonda Parker
6441 Ruidoso
Saginaw, MI 48603

               /s/Margaret A. Sporcic
               Margaret A. Sporcic
               Office of Thomas W. McDonald, Jr.
               Chapter 13 Trustee
               3144 Davenport Avenue
               Saginaw, Michigan 48602
               Telephone: (989) 792-6766
               ecf@mcdonald13.org

**EXHIBIT 3**